# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL J. MCARDLE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-1233 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Robert C. Mitchell |
| VERIZON COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On September 4, 2013, this case was referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates.[1]

On October 4, 2013, the Magistrate Judge issued a Report (Doc. 11) recommending that Defendant's Motion to Dismiss (Doc. 3) be granted, and that this case be dismissed with prejudice. Service of the Report and Recommendation was made, and Plaintiff has filed Objections. *See* Doc. 12.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

---

[1] Contrary to the arguments in Plaintiff's Objections, Judge Mitchell properly was referred to this case pursuant to Local Rule 72.G.

Defendant's Motion to Dismiss (**Doc. 3**) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. The Report and Recommendation of Magistrate Judge Mitchell dated October 4, 2013 hereby is adopted as the Opinion of the District Court.

October 21, 2013								s\Cathy Bissoon
										Cathy Bissoon
										United States District Judge

cc (via ECF email notification):

All counsel of record